No. 73–6639. HALL *v.* UNITED STATES;

No. 73–6826. JENKINS *v.* UNITED STATES; and

No. 73–6903. WILCOX *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 496 F. 2d 57.

No. 74–459. MERCADO, AKA CRESPO, ET AL. *v.* CAREY, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 74–469. TAVARES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 74–470. KERSH ET AL. *v.* BOUNDS, CORRECTIONS COMMISSIONER. C. A. 4th Cir. Certiorari denied. 

No. 74–495. SHUMAR *v.* UNITED STATES; and

No. 74–5482. CLARKE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 500 F. 2d 1405.

No. 74–504. BARRY ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 74–510. THORNE, AKA OM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–512. SICA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–513. CAPPETTO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 74–525. ROGERS ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–540. MENDRIN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.